RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 1-20-2010
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CALVIN RICHARDSON | CIVIL ACTION NO. 09-1649 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BETTY BLAKE, ET AL. | MAGISTRATE JUDGE HAYES |

## MEMORANDUM RULING

Pending before the Court is *pro se* and *in forma pauperis* Plaintiff Calvin Richardson's ("Richardson") civil rights complaint. On December 21, 2009, Magistrate Judge Karen L. Hayes issued a Report and Recommendation recommending that Richardson's complaint be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). [Doc. No. 8]. On January 4, 2010, Richardson filed an objection to the Report and Recommendation. [Doc. No. 9]. The Court agrees with and ADOPTS the Report and Recommendation with one exception.

On page 7 and 8 of the Report and Recommendation, the Magistrate Judge states that Richardson did not report adverse side effects from ingesting a medicine containing acetaminophen on February 4, 2009. [Doc. No. 8. pp. 7-8]. For the first time in his objection to the Report and Recommendation, Richards claims that he did not ingest acetaminophen on February 4, 2009. [Doc. No. 9, p. 1].

The Court finds that, even if Richardson did not ingest acetaminophen on February 4, 2009, the Magistrate Judge was correct in finding that "[Richardson's] conclusory allegation of deliberate indifference is unsupported by the facts alleged . . . ." [Doc. No. 8, p. 8].

For the foregoing reasons, Richardson's civil rights complaint is DISMISSED WITH

PREJUDICE as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

MONROE, LOUISIANA, this **20** day of **January**, 2010.

> ROBERT G. JAMES
> UNITED STATES DISTRICT JUDGE